IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SIOBHAN REAVES and JASMINE PATRICE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV 124-159 |
| VICKIE W. HESTER; DAVID LEVERT KYLER; HENRY COUNTY BOARD OF EDU.; MARY ELIZABETH DAVIS; CARL KNOWLTON; and MICHAEL CODY GUINED, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case because it violates imposed filing restrictions, Plaintiffs lack standing to bring this lawsuit, and venue is inappropriate in the Southern District of Georgia and a transfer would not be in the interest of justice. The Court further **DENIES** Plaintiffs' "Motion to Stay Proceedings Pursuant to Rule 15 Right to Amend; Habeas Corpus; Motion to Pay Filing Fee in Installments," (doc. no. 5), and **CLOSES** this civil action.

SO ORDERED this ___18th___ day of November, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA